# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM CARRY, <br> Petitioner, <br> v. <br> FRANCISCO QUINTANA, Warden, <br> Respondent. | Case No. CV 11-0223 CAS (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth Memorandum and Order Dismissing Successive 28 U.S.C. § 2255 Motion Erroneously Styled as 28 U.S.C. § 2241 Petition.

Dated: February 1, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE